RECEIVED
IN ALEXANDRIA, LA
APR 2 3 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLUB RETRO, L.L.C., et al. | CIVIL ACTION NO. 07-0193-A |
| -vs- | JUDGE DRELL |
| WILLIAM EARL HILTON, et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation (Document No. 61) concerning Defendants' motions to dismiss (Document Nos. 22 and 52). After independent (de novo) review of the record, including the written objections, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Magistrate Judge's Report and Recommendation subject only to the modifications outlined herein.

The Report and Recommendation goes beyond the Complaint and Amended Complaint in finding that the Rapides Parish Law Enforcement District would ultimately be liable for any damages awarded against the Rapides Parish Sheriff in his official capacity. Therefore, we decline to adopt the few references in the Report and Recommendation to the Law Enforcement District.

Plaintiffs, Club Retro, L.L.C.; Lyle Doublet; and Dar Doublet object to the portion of the Report and Recommendation suggesting their First Amendment claims should be dismissed. Specifically, these Plaintiffs argue the allegations of the Complaint and Amended Complaint, taken as true, would support the contention their rights as concert promoters were violated by Defendants' actions. Given the fact this case is before the Court on motions to dismiss under Fed. R. Civ. P. 12(b)(6), not on motions for summary judgment, we agree that the First Amendment claims of the three enumerated Plaintiffs should survive.

Accordingly, IT IS ORDERED that Defendants' motion to dismiss is GRANTED as to all claims against Defendants Slocum, Rauls, Doyle, and LaCour in their official capacities, and those claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion to dismiss Plaintiffs' Fourth Amendment claims is DENIED as to Sheriff Hilton in his official capacity and DENIED as to all defendants in their individual capacities.

IT IS FURTHER ORDERED that Defendants' motion to dismiss Plaintiffs' excessive force claims is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendants' motion to dismiss the state and federal law claims for false arrest is DENIED as to Defendants Slocum and Doyle in their individual capacities.

IT IS FURTHER ORDERED that Defendants' motion to dismiss the state and federal law claims for false arrest is GRANTED as to Defendants Rauls, LaCour,

and Sheriff Hilton in their individual capacities and GRANTED as to Sheriff Hilton in his official capacity, and those claims are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant's motion to dismiss Plaintiffs' Equal Protection claims is DENIED as to Sheriff Hilton, Rauls, Slocum, and LaCour in their individual capacities.

IT IS FURTHER ORDERED that Defendants' motion to dismiss Plaintiffs' Equal Protection claims is GRANTED as to Doyle in his individual capacity and GRANTED as to Sheriff Hilton in his official capacity, and those claims are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion to dismiss the First Amendment claims of all Plaintiffs except Club Retro, L.L.C.; Lyle Doublet; and Dar Doublet is GRANTED as to all Defendants in both their individual and official capacities, and those claims are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion to dismiss the First Amendment claims of Plaintiffs Club Retro, L.L.C.; Lyle Doublet; and Dar Doublet is DENIED.

IT IS FURTHER ORDERED that Defendants' motions for qualified immunity and to dismiss Plaintiffs' claims for violation of their substantive due process right to family integrity are GRANTED as to all Defendants in both their individual and official capacities, and those claims are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion to dismiss Plaintiffs' claims for interference with business is DENIED insofar as it is a possible element of damages.

IT IS FURTHER ORDERED that Defendants' motions to dismiss Plaintiffs' Fifth Amendment and defamation claims are GRANTED as unopposed, and those claims are DISMISSED WITH PREJUDICE.

SIGNED on this 23rd day of April, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE